UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>             Plaintiff,<br><br>     v.<br><br>RAYTHEL FISHER, et al.,<br><br>             Defendants. | Case No. 1:22-cv-00847-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE COURT PROCEEDINGS<br><br>(ECF No. 10) |

Jared Martin ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 23, 2023, Plaintiff filed a motion to expedite Court proceedings. (ECF No. 10). Plaintiff states that he has other lawsuits that have passed screening in this district, and that he intends to show that California prisons are filled with corruption and torture. Plaintiff asks the Court to "move with swift and immediate action" to stop this behavior. (Id. at 1). Plaintiff also asks the Court to recognize the problem with prisoner torture in California. Plaintiff argues that it is time for "these people to lose their jobs, to go to jail, to pay [Plaintiff] 100 million dollars in damages, and stop beating, abusing, and torturing California prisoners. Plaintiff petitions the court to expedite proceedings in this matter." (Id. at 2).

Plaintiff's motion will be denied. Plaintiff's First Amended Complaint is currently awaiting screening. At the start of this case, the Court warned Plaintiff that "[t]his Court screens pro se plaintiffs' complaint[s] as expeditiously as possible. However, the Court has an extremely

large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable." (ECF No. 2, p. 3).  The Court notes that Plaintiff was in Madera County Jail when he filed this case complaining about incidents that occurred at Valley State Prison (ECF No. 1), and he is still in Madera County Jail.  The Court will screen Plaintiff's First Amended Complaint in due course.

Accordingly, IT IS ORDERED that Plaintiff's motion to expedite Court proceedings is DENIED.

IT IS SO ORDERED.

Dated: **January 26, 2023**         /s/ Eric P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

2