**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED ANDREW MARTIN, | No. 1:22-cv-0847 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE |
| v. | |
| RAYTHEL FISHER, et al., | (Doc. 12) |
| Defendants. | |

Jared Martin seeks to hold the defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge found Plaintiff has failed to prosecute this action and failed to comply with Local Rule 183(b), which requires parties to keep the Court informed of their current addresses. (Doc. 12 at 1-2.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.) The Court served the Findings and Recommendations on Plaintiff at the only known address, and it contained a notice that any objections were due within 14 days. (*Id.*) However, the Findings and Recommendations were also returned as undeliverable. To date, Plaintiff has not filed a notice of change of address or otherwise contacted the Court.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the

1

Findings and Recommendations to be supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 26, 2023 (Doc. 12), are **ADOPTED** in full.
2. This case is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 24, 2023**

UNITED STATES DISTRICT JUDGE